# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL STICKLER et al.,

    Plaintiffs,

vs.

UNITED RECOVERY SYSTEMS, LP et al.,

    Defendants.

3:15-cv-0281-RCJ-VPC

**ORDER**

Plaintiffs Michael and Kimberly Stickler sued United Recovery Systems, LP ("URS"), HSBC Bank, N.A., HSBC Auto Finance, Inc., and Santander Consumer USA, Inc. ("Santander") *in pro se* in state court for violations of the Fair Debt Collection Practices Act ("FDCPA"), the Nevada Unfair Trade Practices Act ("NUPTA"), fraud, breach of the covenant of good faith and fair dealing ("bad faith"), and intentional infliction of emotional distress ("IIED"). (*See* Compl., ECF No. 1, at 6). Santander removed. Santander and HSBC Defendants moved to dismiss, and Plaintiffs moved to amend. The Magistrate judge denied the motion to amend and deemed the motion to dismiss withdrawn. The Magistrate Judge granted a later motion to amend. The Amended Complaint ("AC") lists URS, HSBC Defendants, Santander, NCB Management Services, Inc. ("NCB"), and Midland Funding ("Midland") as Defendants on four causes of action: (1) FDCPA; (2) NUPTA; (3) bad faith; and (4) IIED. Defendants answered.

Midland has moved for judgment on the pleadings, and the other Defendants have joined the motion. Responses were due February 10, 2016. (*See Klingele* Notice, ECF No. 47). As of February 11, 2016, Plaintiffs had not timely responded or requested any extension of time to respond. Plaintiffs have thereby consented to the granting of the motion. *See* Local R. Civ. Prac. 7-2(d).

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Judgment on the Pleadings (ECF No. 43) and the Joinders (ECF Nos. 46, 49) thereto are GRANTED.

IT IS FURTHER ORDERED that the oral argument currently set for 10:00 a.m., Wednesday, April 19, 2016 is VACATED.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

Dated this 16th day of February, 2016.

_____
ROBERT C. JONES
United States District Judge